**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1653**

_____

G. JOSEPH BELLEFEUILLE,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CA-98-3743-9-17BD)

_____

Submitted:  December 21, 2000          Decided:  January 9, 2001

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

J. Layne Birdsong, RICHARDSON & BIRDSONG, Columbia, South Carolina,
for Appellant.  Frank W. Hunger, Assistant Attorney General, J.
Rene Josey, United States Attorney, John Berkley Grimball, Assis-
tant United States Attorney, Deana R. Ertl-Lombardi, Regional Chief
Counsel, Michele M. Kelley, Assistant Regional Counsel, SOCIAL
SECURITY ADMINISTRATION, Denver, Colorado, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Bellefeuille appeals the district court's order affirming the Commissioner's decision denying Bellefeuille's application for disability insurance benefits and supplemental security income. We have reviewed the record and the district court's opinion adopting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Bellefeuille v. Apfel, No. CA-98-3743-9-17BD (D.S.C. Mar. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED